IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
(PHILADELPHIA)

| | | |
|---|---|---|
| IN RE:<br>ALEXANDRA A. SAVU<br><br>**DEBTORS**<br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-28CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-28CB<br><br>**CREDITOR**<br><br>ALEXANDRA A. SAVU AND KENNETH E. WEST, TRUSTEE<br><br>**RESPONDENTS** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO.: 2:22-bk-12509-amc<br>CHAPTER 13<br>JUDGE ASHELY M. CHAN |

**ORDER**

AND NOW, this _____ day of _____, 2023 at Philadelphia, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Sections 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362, is modified with respect to the subject premises located at 781 S 3rd Street, Philadelphia, PA 19147 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in  addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

**Date: February 7, 2023**

_____

BJ.

*DEBTOR*
ALEXANDRA A. SAVU
781 S. 3RD STREET
PHILADELPHIA, PA 19147

*ATTORNEY FOR DEBTOR*
DEMETRIUS J. PARRISH
THE LAW OFFICES OF DEMETRIUS J. PARRISH
7715 CRITTENDEN STREET, #360
PHILADELPHIA, PA 19118
DJPBKPA@GMAIL.COM

*TRUSTEE*
KENNETH E. WEST
OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
1234 MARKET STREET - SUITE 1813
PHILADELPHIA, PA 19107
ECFEMAILS@PH13TRUSTEE.COM

*U.S. TRUSTEE*
UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
SUITE 300
PHILADELPHIA, PA 19107
USTPREGION03.PH.ECF@USDOJ.GOV